

DUSAN PITTNER   |   Account ▮▮▮▮▮▮ 7547   |   June 24, 2021 to July 23, 2021

## Deposits and other additions

| Date | Description | | Amount |
|---|---|---|---:|
| 06/25/21 | Online Banking transfer from CHK 0667 Confirmation# 3463121681 | | 216.00 |
| 06/25/21 | BKOFAMERICA ATM 06/25 #000002625 DEPOSIT SHARON   SHARON   MA | | 20.00 |
| 07/01/21 | Zelle Transfer Conf# XXXXXXXXX; HART ASSOCIATES INC | Florida Rent | 4,250.00 |
| 07/02/21 | Counter Credit | Randall Street Rent | 3,180.00 |
| 07/02/21 | BRW&L CO LP   DES:PAYROLL   ID:01820000-0339-0   INDN:DUSAN PITTNER   CO ID:1462800242 PPD | BW&L for Pittner | 307.06 |
| 07/08/21 | Online Banking transfer from CHK 0667 Confirmation# 1579790463 | Utilities, Massapoag, from tenant | 461.50 |
| 07/09/21 | Online Banking transfer from CHK 0667 Confirmation# 1583764605 | Utilities, Massapoag, from tenant | 50.00 |
| 07/13/21 | BKOFAMERICA ATM 07/12 #000008434 DEPOSIT FIVE CORNERS   EASTON   MA | Rent, Massapoag | 1,600.00 |
| 07/13/21 | BKOFAMERICA MOBILE 07/13 3609672912 DEPOSIT   *MOBILE   MA | Utilities, both MA props | 320.00 |
| **Total deposits and other additions** | | | **$10,404.56** |

## Withdrawals and other subtractions

| Date | Description | | Amount |
|---|---|---|---:|
| 06/28/21 | PRUDENTIAL   DES:INS PREM   ID:2L0174753021176   INDN:Dusan Pittner   CO ID:9478857501 WEB | Life insurance | -258.75 |
| 07/06/21 | CAPITAL ONE   DES:MOBILE PMT ID:3G6QQ801G48G7CH   INDN:DUSAN PITTNER   CO ID:9279744980 WEB | credit card pmt | -6,005.77 |
| 07/07/21 | BKOFAMERICA ATM 07/06 #000007537 WITHDRWL FIVE CORNERS   EASTON   MA | living expenses | -1,000.00 |
| 07/13/21 | CHECKCARD  0711 APPLE.COM/BILL 866-712-7753 CA 24692161193100941914903 RECURRING | iCloud service | -2.99 |
| 07/13/21 | AMERICAN EXPRESS DES:ACH PMT   ID:M9688   INDN:Dusan Pittner   CO ID:1133133497 WEB | Credit card pmt | -2,803.70 |
| **Total withdrawals and other subtractions** | | | **-$10,071.21** |






Help prevent fraud with these simple tips

Review our Fraud Prevention Checklist for ways you can help protect yourself against fraud.

Stay informed on red flags that may signal a scam.

Keep your contact information up to date, so we can send you urgent notifications if we detect unusual activity.

Scan this code using the camera on your smartphone or learn more at bofa.com/FraudChecklist.

SSM-04-21-0025.C | 3499590