**Dusan Pittner**
**21-11009 FJB**
Repeat Debtor filed on 7/8/21

Non-DIP Bank Account Transaction Analysis
Bank of America - Your Adv Plus Banking account ending x7547 - Dusan Pittner & Lida Pitternova

| Date | Debit | Credit | Nature of Transaction | Cash Collateral | Balance | Comments |
|---|---|---|---|---|---|---|
| 6/24/2021 | | | **Beg Cash Balance** | | $ 39 | |
| 6/25/2021 | | $ 216 | Transfer from CHK acct x0667 | | $ 255 | |
| 6/25/2021 | | $ 20 | ATM deposit | | $ 275 | |
| 6/28/2021 | $ (259) | | Life Insurance | | $ 16 | |
| 7/1/2021 | | $ 4,250 | Rent received - Florida | | $ 4,266 | |
| 7/2/2021 | | $ 3,180 | Rent received-Randall Street | | $ 7,446 | |
| 7/2/2021 | | $ 307 | BW&L Payroll to Pittner | | $ 7,753 | |
| 7/6/2021 | $ (6,006) | | Credit Card payment | | $ 1,748 | |
| 7/7/2021 | $ (1,000) | | Living Expenses - ATM withdrawal | | $ 748 | |
| 7/8/2021 | | $ 462 | Utilities from Tenant- Massapoag | $ 462 | $ 1,209 | **Petition Date** |
| 7/9/2021 | | $ 50 | Utilities from Tenant- Massapoag | $ 50 | $ 1,259 | |
| 7/13/2021 | $ (3) | | iCloud Service | | $ 1,256 | |
| 7/13/2021 | | $ 1,600 | Rent Received - Massapoag | $ 1,600 | $ 2,856 | |
| 7/13/2021 | | $ 320 | Utilities from Tenant -Both MA Properties | $ 320 | $ 3,176 | |
| 7/13/2021 | $ (2,804) | | Credit Card payment | | $ 372 | |
| 7/23/2021 | | | **Ending Cash Balance   A** | | $ 372 | |
| TOTAL | $ (10,071) | $ 10,405 | | B   $ 1,600 | | |

**Cash Collateral Used (A-B)**         $ (1,228)