| **EXECUTION ON MONEY JUDGMENT** | DOCKET NUMBER<br>**23H83CV00079TA** | **Trial Court of Massachusetts**<br>**Housing Court Department** |
|---|---|---|

CASE NAME   Dusan Pittner v. David Duke et al

| JUDGMENT- DEBTOR(S) AGAINST WHOM EXECUTION IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| Dusan Pittner | Southeast Housing Court - Taunton<br>40 Broadway Street, Suite 1306<br>Taunton, MA 02780<br>(508)977-4950 |

JUDGMENT- CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED

David Duke
Kim Duke

JUDGMENT- CREDITOR(S) (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION

Matthew Ezepek, Esq.

Brent Warren Law, LLC

130 Liberty St

Suite 10

Brockton, MA 02301

FURTHER ORDERS OF THE COURT:

**TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. C. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:**

The Judgment-Creditor(s) has recovered judgment against the Judgment-Debtor(s) named above in the amount shown below:

**WE COMMAND YOU**, therefore, to collect the below sum, with your fees, of the money of said Judgment-Debtor(s), his or her goods, chattels, lands or tenements, except any exempt income or assets, in any manner permitted by law, and to return this writ satisfied or unsatisfied, to the clerk of this Court, all within **twenty years** from the "Date Judgment Entered" or within ten days after this writ has been satisfied or discharged.

| | |
|---|---:|
| 1. Date Judgment Entered | 10/20/2025 |
| 2. Compensatory Damages | $157,771.62 |
| 3. Punitive Damages | $ |
| 4. Attorney Fees (*if any*) | $19,530.00 |
| 5. Prejudgment Interest | 49,363.43 |
| 6. Court Costs | $440.00 |
| 7. Judgment Total | $227,105.05 |
| 8. Postjudgment Interest | $2,689.83 |
| 9. **EXECUTION TOTAL** ( *Lines 2 + 5 + 6 + 8, plus Line 3 & Line 4, if any*) | $229,794.88 |

**RETURN OF SERVICE:** ☐ Satisfied as to **Money Judgment**

| TESTE OF FIRST JUSTICE | DATE EXECUTION ISSUED | CLERK-MAGISTRATE / ASST. CLERK |
|---|---|---|
| **WITNESS:** Hon. Donna Salvidio | 11/25/2025 | X |

| EXECUTION ON MONEY JUDGMENT | DOCKET NUMBER<br>23H83CV00079TA | Trial Court of Massachusetts<br>Housing Court Department |
| --- | --- | --- |

CASE NAME   Dusan Pittner v.  David Duke et al

**CC:**

| **EXECUTION ON MONEY JUDGMENT** | DOCKET NUMBER<br>23H83CV00079TA | **Trial Court of Massachusetts**<br>**Housing Court Department** |
|---|---|---|

CASE NAME   Dusan Pittner v. David Duke et al

| JUDGMENT- DEBTOR(S) AGAINST WHOM EXECUTION IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| Dusan Pittner | Southeast Housing Court - Taunton<br>40 Broadway Street, Suite 1306<br>Taunton, MA 02780<br>(508)977-4950 |

| | JUDGMENT- CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED |
|---|---|
| | David Duke<br>Kim Duke |

| JUDGMENT- CREDITOR(S) (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION | FURTHER ORDERS OF THE COURT: |
|---|---|
| Matthew Ezepek, Esq.<br>Brent Warren Law, LLC<br>130 Liberty St<br>Suite 10<br>Brockton, MA 02301 | |

**TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. C. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:**

The Judgment-Creditor(s) has recovered judgment against the Judgment-Debtor(s) named above in the amount shown below:

**WE COMMAND YOU**, therefore, to collect the below sum, with your fees, of the money of said Judgment-Debtor(s), his or her goods, chattels, lands or tenements, except any exempt income or assets, in any manner permitted by law, and to return this writ satisfied or unsatisfied, to the clerk of this Court, all within **twenty years** from the "Date Judgment Entered" or within ten days after this writ has been satisfied or discharged.

| | |
|---|---|
| 1. Date Judgment Entered | 10/20/2025 |
| 2. Compensatory Damages | $157,771.62 |
| 3. Punitive Damages | $ |
| 4. Attorney Fees (*if any*) | $19,530.00 |
| 5. Prejudgment Interest | 49,363.43 |
| 6. Court Costs | $440.00 |
| 7. Judgment Total | $227,105.05 |
| 8. Postjudgment Interest | $2,689.83 |
| 9. **EXECUTION TOTAL** ( *Lines 2 + 5 + 6 + 8, plus Line 3 & Line 4, if any*) | $229,794.88 |

**RETURN OF SERVICE:**  ☐  Satisfied as to **Money Judgment**

| TESTE OF FIRST JUSTICE | DATE EXECUTION ISSUED | CLERK-MAGISTRATE / ASST. CLERK |
|---|---|---|
| **WITNESS:**  Hon. Donna Salvidio | 11/25/2025 | X |

| EXECUTION ON MONEY JUDGMENT | DOCKET NUMBER<br>23H83CV00079TA | Trial Court of Massachusetts<br>Housing Court Department |
|---|---|---|

CASE NAME  Dusan Pittner v.  David Duke et al

**CC:**

| EXECUTION ON MONEY JUDGMENT | DOCKET NUMBER 23H83CV00079TA | Trial Court of Massachusetts Housing Court Department |
|---|---|---|

CASE NAME   Dusan Pittner v. David Duke et al

| JUDGMENT- DEBTOR(S) AGAINST WHOM EXECUTION IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| Dusan Pittner | Southeast Housing Court - Taunton 40 Broadway Street, Suite 1306 Taunton, MA 02780 (508)977-4950 |

JUDGMENT- CREDITOR(S) IN WHOSE FAVOR EXECUTION IS ISSUED

David Duke
Kim Duke

| JUDGMENT- CREDITOR(S) (OR CREDITOR'S ATTORNEY) WHO MUST ARRANGE SERVICE OF EXECUTION | FURTHER ORDERS OF THE COURT: |
|---|---|
| File Copy , | |

**TO THE SHERIFFS OF THE SEVERAL COUNTIES OR THEIR DEPUTIES, OR (SUBJECT TO THE LIMITATIONS OF G.L. C. 41 § 92) ANY CONSTABLE OF ANY CITY OR TOWN WITHIN THE COMMONWEALTH:**

The Judgment-Creditor(s) has recovered judgment against the Judgment-Debtor(s) named above in the amount shown below:

**WE COMMAND YOU**, therefore, to collect the below sum, with your fees, of the money of said Judgment-Debtor(s), his or her goods, chattels, lands or tenements, except any exempt income or assets, in any manner permitted by law, and to return this writ satisfied or unsatisfied, to the clerk of this Court, all within **twenty years** from the "Date Judgment Entered" or within ten days after this writ has been satisfied or discharged.

| | |
|---|---:|
| 1. Date Judgment Entered | 10/20/2025 |
| 2. Compensatory Damages | $157,771.62 |
| 3. Punitive Damages | $ |
| 4. Attorney Fees (if any) | $19,530.00 |
| 5. Prejudgment Interest | 49,363.43 |
| 6. Court Costs | $440.00 |
| 7. Judgment Total | $227,105.05 |
| 8. Postjudgment Interest | $2,689.83 |
| 9. **EXECUTION TOTAL** ( Lines 2 + 5 + 6 + 8, plus Line 3 & Line 4, if any) | $229,794.88 |

**RETURN OF SERVICE:** ☐   Satisfied as to **Money Judgment**

| TESTE OF FIRST JUSTICE | DATE EXECUTION ISSUED | CLERK-MAGISTRATE / ASST. CLERK |
|---|---|---|
| **WITNESS:** Hon. Donna Salvidio | **11/25/2025** | X |

| **EXECUTION ON MONEY JUDGMENT** | DOCKET NUMBER<br>**23H83CV00079TA** | **Trial Court of Massachusetts**<br>**Housing Court Department** |
|---|---|---|

CASE NAME   Dusan Pittner v.  David Duke et al

**CC:**

Ezepek, Esq., Matthew     694535     Brent Warren Law, LLC 130 Liberty St Suite 10 Brockton MA 02301

| **EXECUTION ON MONEY JUDGMENT** | DOCKET NUMBER<br>**23H83CV00079TA** | **Trial Court of Massachusetts**<br>**Housing Court Department** |
|---|---|---|

CASE NAME   Dusan Pittner v.  David Duke et al