

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| In re: | Dusan Pittner | | Ch. 7 |
| | | | 21-11009-JEB |
| | Debtor | | |

### Order

**MATTER:**

#622 Expedited Motion to Intervene as Creditors to be Paid From Estate and/or Relief from Any Stay that Remains in Place filed by Intervenor Kim Duke to Intervene

The request for expedited determination is denied since the Motion fails to set forth facts or circumstances that justify expedited determination. The Court will set the Motion for hearing in the ordinary course.

Dated: 07/10/2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge