UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

In Re:                                    )        Chapter 7
DUSAN PITTNER                             )        Case No. 21-11009-JEB
    Debtor                               )
---------------------------------------------

CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that a copy of the attached Order was served in the following manner upon the interested parties:

Email service: via the Court's CM/ECF system which sent notification of such filing to the following:

- **Derek A. Castello**   Derek.castello@me.com, dcastello@dhnewengland.com
- **Richard C. Demerle**   RDemerle@DemerlePC.com, bankruptcy@demerlepc.com
- **Matthew Ezepek**   matt@brentwarrenlaw.com
- **Joseph P. Foley**   bostonbankruptcyattorneys@gmail.com
- **Richard King - B**   USTPRegion01.BO.ECF@USDOJ.GOV
- **David B. Madoff**   madoff@mandkllp.com, alston@mandkllp.com
- **David B. Madoff**   alston@mandkllp.com, MA28@ecfcbis.com
- **Marcus Pratt**   bankruptcy@kordeassociates.com
- **John T. Precobb**   jprecobb@demerlepc.com
- **Adam I. Skolnik**   askolnik@skolniklawpa.com
- **Stephanie Sprague**   Stephanie.Sprague@huschblackwell.com, docket.wdc@huschblackwell.com

Dusan Pittner
By his Successor Counsel,

Dated: July 16, 2026

/s/Gary W. Cruickshank, Esq.
101 Federal Street, Suite 1900
Boston MA 02110
(617)330-1960
(BBO107600)
gwc@cruickshank-law.com



UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | Dusan Pittner | Ch. 7 |
| | | 21-11009-JEB |
| | Debtor | |

**Order**

**MATTER:**

#627 Motion filed by Debtor Dusan Pittner to Continue Hearing [Re: #622 Expedited Motion to Intervene as Creditors to be Paid From Estate and/or Relief from Any Stay that Remains in Place filed by Intervenor Kim Duke to Intervene]

Granted. The hearing is continued to **August 11, 2026, at 10:00** a.m. The hearing will be held in person at John W. McCormack Post Office and Court House, 5 Post Office Square, 12th Floor, Courtroom #3, Boston, MA 02109.

The Trustee is responsible for: l) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **July 20, 2026.** If the Trustee fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

The hearing is scheduled as a Hybrid Hearing. Parties and counsel may participate in person in the Courtroom or by video conference using Zoomgov.com technology. Parties who wish to appear by video must request the link from the Courtroom Depty Lisa Belanger, atlisa_belanger@mab.uscourts.gov no **later than 10:00 a.m. the business day before the hearing. Requests submitted after the deadline may not be accommodated and the Party should plan to attend in person in the Courtroom.** Appearance by video is limited to counsel and parties in interest. Public access will be in person only. A Hybrid Hearing is an official court proceeding and remote attendees are required to act and dress in the same manner as in person hearings.

Parties attending remotely must be in a quiet setting and must not be walking, driving, or performing other activities while participating in the hearing. Failure to comply may result in termination of access, sanctions, or other action by the Court.

Dated: 07/16/2026

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge