UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

In Re:                                      )        Chapter 7
DUSAN PITTNER                               )        Case No. 21-11009-JEB
        Debtor                              )
---------------------------------------------

RESPONSE OF DEBTOR TO EXPEDITED MOTION TO INTERVENE AS CREDITORS TO
BE PAID FROM ESTATE AND/OR RELIEF FROM ANY STAY THAT REMAINS IN
PLACE – DOCUMENT 622

To the Honorable Janet E. Bostwick, Bankruptcy Judge:

The above captioned Debtor submits the following response to the Expedited Motion to

Intervene as Creditors to be Paid from Estate And/Or Relief from Stay that Remains in Place

filed by Kim and David Duke – document 622 (hereinafter the "Motion").

The Motion was filed on July 9, 2026 and pursuant to an Order of this Court, responses

are due on July 28, 2026.

1.   The Dukes, as that term is defined in the Motion, are not entitled to be paid by the

estate.  Any claim asserted by the Dukes occurred subsequent to the filing of this

case.

2.   It is clear from the Motion that the Dukes have been aware of this case for some time

and have not filed a proof of claim in the case.

3.   The Final Hearing in this case is scheduled for August 19, 2026.

4.   The closing of this case should not be delayed due to the last minute filing of this

Motion by Mr. and Mrs. Duke.

5.   It appears that the claim that is asserted by the Dukes is a post-petition debt and

would not be covered by Mr. Pittner's discharge.

6. The Dukes retain whatever state law rights they have but they should not be allowed as pre-petition creditors in this case.  The closing of this case and the distribution of the funds by the Trustee should not be delayed due to the filing of the Motion.

WHEREFORE, the Debtor requests that the Dukes not be allowed to intervene in this case, that they not obtain a distribution of funds from the Trustee and that they be allowed to pursue their rights in state court and to the extent necessary, that relief from the automatic stay be granted by this Court.

Dusan Pittner
By his Successor Counsel,

Dated: July 28, 2026

/s/Gary W. Cruickshank, Esq.
101 Federal Street, Suite 1900
Boston MA 02110
(617)330-1960
(BBO107600)
gwc@cruickshank-law.com

CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that on July 28, 2026, I electronically filed with the Clerk of the Bankruptcy Court, the foregoing and served same in the following manner upon the interested parties:

Email service: via the Court's CM/ECF system which sent notification of such filing to the following:

- **Derek A. Castello**    Derek.castello@me.com, dcastello@dhnewengland.com
- **Richard C. Demerle**    RDemerle@DemerlePC.com, bankruptcy@demerlepc.com
- **Matthew Ezepek**    matt@brentwarrenlaw.com
- **Joseph P. Foley**    bostonbankruptcyattorneys@gmail.com
- **Richard King - B**    USTPRegion01.BO.ECF@USDOJ.GOV
- **David B. Madoff**    madoff@mandkllp.com, alston@mandkllp.com
- **David B. Madoff**    alston@mandkllp.com, MA28@ecfcbis.com
- **Marcus Pratt**    bankruptcy@kordeassociates.com
- **John T. Precobb**    jprecobb@demerlepc.com
- **Adam I. Skolnik**    askolnik@skolniklawpa.com
- **Stephanie Sprague**    Stephanie.Sprague@huschblackwell.com, docket.wdc@huschblackwell.com

/s/Gary W. Cruickshank, Esq.